**Opinion issued August 21, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-18-00549-CV**

———————————

**IN RE FERTITTA HOSPITALITY, LLC, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Fertitta Hospitality, LLC filed a petition for writ of mandamus concerning the trial court's grant of a Rule 202 petition for pre-suit depositions. On July 17, 2018, the real parties in interest advised us that they filed a nonsuit of their Rule 202 petition, so the original proceeding concerning that petition is now moot. Relator agrees.

Accordingly, we dismiss the petition and any pending motions as moot. We lift the stay ordered on June 26, 2018.

**PER CURIAM**

Panel consists of Justices Higley, Brown, and Caughey.